IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re Century 21 Department Stores, LLC       MDL Docket No. 2352
Fair and Accurate Credit Transactions          ALL CASES
Act (FACTA) Litigation

-----------------------------------------------------------x

## SUGGESTIONS OF PLAINTIFF YAAKOV KATZ FOR ITEMS TO BE INCLUDED IN AGENDA FOR INITIAL PRETRIAL CONFERENCE

Pursuant to the Court's Practice and Procedure Order of June 13, 2012, Plaintiff Yaakov Katz suggests the following agenda items for the initial pretrial conference scheduled on September 24, 2012 in this matter:

1. Whether a consolidated complaint should be filed;

2. Procedures for the exchange of existing discovery;

3. Discussion of what further discovery is needed;

4. Order of discovery, i.e. whether discovery on class issues and discovery on the merits of the case should be bifurcated;

Respectfully Submitted,

s/Shimshon Wexler
Shimshon Wexler

Shimshon Wexler
THE LAW OFFICES OF SHIMSHON WEXLER, P.C.
PO Box 250870
New York, New York 10025
(212) 760-2400
(917) 512-6132 (FAX)
shimshonwexler@yahoo.com

1

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Shimshon Wexler, hereby certify that on July 30, 2012, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system. Notification of such filing was sent to the following parties:

Mark L. Weyman
mweyman@reedsmith.com

Evan K. Farber
efarber@reedsmith.com

Daniel A. Schleifstein
dschleifstein@reedsmith.com

Herbert M. Korn
hmkornesq@aol.com

Jeffrey W. Herrmann
jwh@njlawfirm.com

Jack T. Spinella
jspinella@ndslaw.com

Charles R. Cohen
crc@njlawfirm.com

Andrew J. Carboy, Sr.
acarboy@triallaw1.com

Wendell Y. Tong
wtong@triallaw1.com

Tiffany N. Hardy
thardy@edcombs.com


                                              s/Shimshon Wexler
                                              Shimshon Wexler