USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re Century 21 Department Stores, LLC Fair and
Accurate Credit Transaction Act (FACTA) Litigation.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12 MDL 2352
(RWS)

**STIPULATION AND [PROPOSED]**
**SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as

follows:

1.  Plaintiffs may file an amended consolidated complaint on or before October 1, 2012.

2.  Defendant Century 21 may answer or move against such amended consolidated
    complaint on or before October 31, 2012.  In the event that plaintiffs file an amended
    consolidated complaint and Defendant Century 21 files a motion to dismiss such
    amended consolidated complaint, the parties agree to meet and confer regarding whether
    discovery should be stayed pending resolution of such motion.  Century 21 reserves the
    right to seek a stay from the Court if the parties do not agree.

3.  Plaintiffs who have not previously served initial disclosures pursuant to Fed. R. Civ. P.
    26(a)(1) shall do so on or before October 31, 2012.

4.  Written discovery, including document requests, interrogatories, and requests for
    admission, shall commence on November 1, 2012.

5.  Fact depositions shall commence on February 1, 2013 and conclude on or before April
    30, 2013.

6.  Plaintiffs shall file a motion for class certification on or before May 31, 2013.

7.  Defendant Century 21 shall file its opposition to such motion for class certification on or before July 1, 2013.

8.  Plaintiffs shall file their reply in further support of such motion for class certification on or before July 31, 2013.

9.  Following the resolution of such motion for class certification, the parties shall meet and confer and submit a proposed schedule for merits expert discovery, summary judgment motions, and other remaining items.

Date: _____

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP

By: _____
Jeffrey W. Herrmann
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423

*Lead Counsel for Plaintiffs*

Shimshon Wexler
THE LAW OFFICES OF SHIMSHON
WEXLER, PC
P.O. BOX 250870
NEW YORK, NY 10025
Telephone: (212760-2400)

*Liaison Counsel for Plaintiffs*

Date: 9/24/12

REED SMITH LLP

By: _____
Mark L. Weyman
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Defendant*

SO ORDERED: _____          DATE: 9.24.12

- 2 -